# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:06CR0149 ERW/AGF |
| JULIE DIANE LEWIS,, | ) |
| Defendant. | ) |

## ORDER

**IT IS HEREBY ORDERED** that the Clerk of Court is authorized, in the instant case only, to accept a check made payable on the account of the law firm of Haar & Woods, LLP, in the amount of Twenty-Five Thousand Dollars ($25,000) for the appearance bond for Defendant Julie Diane Lewis.

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 3rd day of March, 2006.