UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:06CR00149 ERW (AGF) |
| | ) | |
| JULIE DIANE LEWIS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

In light of the Order of the District Judge continuing the trial setting until **June 26, 2006** (Doc. #19), and subject to the filing by Defendant of the waiver of speedy trial referenced in that Order,

**IT IS HEREBY ORDERED** that Defendant's motion for an extension of time to file pretrial motions (Doc. #17) is **GRANTED in part and denied in part**. Defendant shall have until **May 4, 2006** to file any pretrial motions or waiver of motions. The government shall have until **May 11, 2006** to respond. The Evidentiary Hearing on any pretrial motions or waiver of motions shall be continued to **Friday, May 12, 2006, at 9:00 a.m.**

AUDREY G. FLEISSIG
United States Magistrate Judge

Dated this 20th day of March, 2006.