FILED

APR 1 0 2006

U. S. DISTRICT COURT
E. DISTRICT OF MO.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:06CR00149 ERW-AGF |
| ) | |
| JULIE DIANE LEWIS, ) | |
| ) | |
| Defendant(s). ) | |

## ORDER

The purpose for which cash bail was posted in the above styled matter having now been served, the Clerk is hereby ORDERED to draw a Registry Check in the sum of $25,000.00 to the surety of record.

THOMAS C. MUMMERT III
UNITED STATES MAGISTRATE JUDGE
4/10/06

~~Dated this 5th day of April, 2006.~~

*************************************************************************

### VERIFICATION OF DEFENDANT'S STATUS
(to be completed by the district Court)

I certify that the amount of the bond listed above is being held in the Registry of the United States District Court-Eastern district of Missouri. I also certify that the status of the defendant is such that the conditions of the bond have been met as of this 5th day of April, 2006.

/s/ Cindy Kornberger
Deputy Clerk