UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:06CR00149 ERW |
| | ) | (AGF) |
| | ) | |
| JULIE DIANE LEWIS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court upon the Amended Report and Recommendation of United States Magistrate Judge Audrey G. Fleissig [doc. #39] pursuant to 28 U.S.C. § 636(b). On August 28, 2006, Defendant filed an Objection to the Report and Recommendation [doc. #44]. The Report and Recommendation recommends that Defendant's Motion to Dismiss Count Sixty-Two of the Indictment [doc. #24] be denied.

"[W]hen a party objects to the report and recommendation of a magistrate judge concerning a dispositive matter, '[a] judge of the court shall make a de novo review determination of those portions of the report or specified proposed findings or recommendations to which objection is made.'" *United States v. Lothridge*, 324 F.3d 599, 600 (8th Cir. 2003) (quoting 28 U.S.C. § 636(b)(1)). In this case, Defendant has presented detailed objections to the Report and Recommendation. The Court concludes that the Magistrate's Report and Recommendation is very detailed, presents a thorough analysis and is well-reasoned.

The Court has considered the Report and Recommendation and hereby sustains, adopts and incorporates herein the Magistrate's Report and Recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss Count Sixty-Two of the Indictment [doc. #24] is **DENIED**.

Dated this 29th day of August, 2006.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE